UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20737-CIV-King/Garber

EDWARD OWAKI,

    Plaintiff,

v.

THE CITY OF MIAMI, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on defendant City of Miami's Motion for In Camera Inspection of FTAA Operational Plan in Conjunction with Motions to Compel and for Protective Order, and the plaintiff's response.

It appearing to the Court that plaintiff is in agreement with the Motion now before the Court and an in camera examination of the subject documents is necessary for the Court to appropriately consider the pending Motions to Compel and for a Protective Order, it is hereby

ORDERED that the defendant's Motion for In Camera Inspection, etc. is GRANTED. The City of Miami shall produce the FTAA Operational Plan and its predecessor City of Miami Police Department's Civil Disorder Plan to the undersigned's chambers on or before January 18th, 2007.

DONE AND ORDERED at Miami, Florida this 12th day of January, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE