UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-20737-CIV-KING/GARBER

EDWARD OWAKI,

    Plaintiff,

v.

CITY OF MIAMI, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court on the Stipulation regarding the telephonic deposition of Joseph Wallace [DE 55].  Upon due consideration, it is hereby

ORDERED AND ADJUDGED that:  The City of Miami may take the telephone deposition of Joseph Wallace, Ph.D., with the following conditions:

    1. The City of Miami shall coordinate a mutually convenient date and time between the parties and the deponent and notice the deposition accordingly, without the necessity of a subpoena;

    2. The telephone call to Dr. Wallace in Connecticut shall be initiated at the Office of the City Attorney at the City of Miami's expense, using a speaker phone; and

    3. The deposition shall be stenographically recorded at the City Attorney's Office and transcribed at The City of Miami's initial expense.  The court reporter shall swear the witness prior to his testimony.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 22nd day of February, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE