UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWARD OWAKI,

Plaintiff,

**CASE NO: 06-20737-CIV-KING**

v.

CITY OF MIAMI, et al.,

Defendants.
_________________________________/

**FINAL JUDGMENT**

Pursuant to Fed.R.Civ.P. 58 and the Court's Order Granting Defendants' Motions for Summary Judgment (DE #'s 64, 65, and 66), it is ORDERED and ADJUDGED that judgment is entered in favor of Defendants, and against Plaintiff Edward Owaki, according to the terms of the Court's Order Granting Summary Judgment. This case is CLOSED. This Court retains jurisdiction of the above-styled action to determine fees, costs, and expenses. Any pending motions are DENIED as moot.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of June, 2007.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: ***Counsel for Plaintiff***

John De Leon, Esq.
Raymond J. Taseff, Esq.
Chavez & De Leon
5975 Sunset Drive
Suite 605
South Miami, FL 33143
Fax: 305-740-5348

Elizabeth M. Iglesias, Esq.
Iglesias Law Firm PL
University of Miami
School of Law
1311 Miller Drive
Suite 269G
Coral Gables, FL 33146
305-284-4050

***Counsel for Defendants***

Warren Bittner, Esq.
Miami City Attorney's Office
Miami Riverside Center
444 SW 2nd Avenue, Suite 945
Miami, FL 33130-1910
Fax: 305-416-1801

Beverly A. Pohl, Esq.
Broad and Cassel
100 SE 3rd Avenue
Suite 2700, One Financial Plaza
Fort Lauderdale, FL 33394
Fax: 954-713-0962

Jeffrey Paul Ehrlich, Esq.
Dade County Attorney's Office
Metro Dade Center
111 NW 1st Street, Suite 2810
Miami, FL 33128-1993
Fax: 305-375-5611

Osnat Kate Rind, Esq.
Ronald Jay Cohen, Esq.
Ronald J. Cohen, P.A.
Andrew Jackson Building
8100 Oak Lane, Suite 403
Miami Lakes, FL 33016
Fax: 305-823-7778